UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| **PATRICIA FITZGERALD and THOMAS FITZGERALD,** | ) ) | **CASE NO. 1:20-CV-12070** |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | |
| **R.J. REYNOLDS TOBACCO CO., PHILIP MORRIS USA, INC., and DEMOULAS SUPER MARKETS, INC.,** | ) ) ) ) | |
| Defendants. | ) ) ) ) | |

**PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiffs, Patricia Fitzgerald and Thomas Fitzgerald, hereby give notice that the above-captioned action is voluntarily dismissed, without prejudice, against Defendants.

Respectfully submitted,

          */s/ Meredith K. Lever*
Andrew A. Rainer, BBO #542067
Meredith K. Lever, BBO #691953
Juliana T. Shulman-Laniel, BBO #704165
PUBLIC HEALTH ADVOCACY INSTITUTE
360 Huntington Avenue, #117CU
Boston, MA 02115
(617) 943-4617
arainer@phaionline.org
meredith@phaionline.org
**Dated**: November 23, 2020          juliana@phaionline.org

1

Respectfully submitted,

**Dated**: November 23, 2020

  /s/ *Kevin K. Donovan*
Kevin K. Donovan, BBO# 687899
Rubenstein Law
9130 S. Dadeland Blvd
Miami, FL 33156
(305) 661-6000
kdonovan@rubensteinlaw.com

## CERTIFICATE OF SERVICE

    I, Meredith K. Lever, hereby certify that I have on this 23nd day of November 2020, filed a copy of the foregoing through the Court's CM/ECF system, which will serve an electronic copy on counsel of record identified in the Notice of Electronic Filing, and that I have served a copy by email on counsel for Defendants.

  /s/ *Meredith K. Lever*
Meredith K. Lever